# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD A. NOVELO, | 1:07-cv-01021-AWI-WMW (HC) |
| Petitioner, | |
| v. | **ORDER AUTHORIZING IN FORMA PAUPERIS STATUS** |
| JENNIE WOODFORD, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   July 24, 2007**          /s/  William M. Wunderlich
                                 UNITED STATES MAGISTRATE JUDGE